UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

ANTHONY B. ANDERSON,

        Petitioner,

v.

JOHN CHRISTIANSEN,

        Respondent.

_____/

Case No. 1:24-cv-118

Honorable Ray Kent

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated: May 23, 2024

/s/ Ray Kent
Ray Kent
United States Magistrate Judge