UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ANTHONY B. ANDERSON,

       Petitioner,

v.

JOHN CHRISTIANSEN,

       Respondent.

_____/

Case No. 1:24-cv-118

Honorable Ray Kent

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.

Dated: May 23, 2024

/s/ Ray Kent
Ray Kent
United States Magistrate Judge